B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

<u>Eastern</u> District Of <u>Texas</u>

| | | |
|---|---|---|
| In re <u>Ryan and Sarah Cole</u>, ) | Case No. <u>24-404647</u> | |
| Debtor ) | | |
| <u>Lionscove Fund I, LLC f/k/a</u> ) | Chapter <u>7</u> | |
| <u>DML Capital Mortgage Fund</u> ) | | |
| <u>LLC</u> ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Adv. Proc. No. _____ | |
| ) | | |
| <u>Ryan Cole and Sarah Cole</u> ) | | |
| Defendant ) | | |

**SUMMONS IN AN ADVERSARY PROCEEDING]\**

TO:  Sarah Cole
     6624 Eastview
     Sachse, Texas 75048

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: 660 North Central Expressway, Suite 300B
Plano, Texas 75074

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Mark D. Cronenwett
Vivian N. Lopez
Lewis Brisbois Bisgaard and Smith
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201



/S/ Jason McDonald
Date: 07/05/2024

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

(Clerk of the Bankruptcy Court)

Date: _____  By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name: _____

Business Address: _____

_____