**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: RYAN COLE and SARAH COLE, § § Debtors. § § | | Case No. 24-40647<br>Chapter 7 |
| § § LIONSCOVE FUND I, LLC f/k/a DML § CAPITAL MORTGAGE FUND LLC, § § Plaintiff, § § v. § § RYAN COLE and SARAH COLE, § § Defendants. § | | Adversary No. 24-04041 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

**TO THE COURT AND ALL PARTIES:**

Please take notice that the undersigned attorneys hereby appear as additional counsel for Plaintiff Lionscove Fund I, LLC f/k/a DML Capital Mortgage Fund, LLC ("Plaintiff") pursuant to the Federal Rules of Civil Procedure and requests all notices given or required to be given in this case, and all papers served or required to be served in this case, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorneys at the following address:

**Vivian N. Lopez**
Texas Bar No. 24129029
Email: vivian.lopez@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7111

Respectfully submitted,

*/s/ Vivian N. Lopez*
**Mark D. Cronenwett**
State Bar No. 00787303
mark.cronenwett@lewisbrisbois.com
**Vivian N. Lopez**
State Bar No. 24129029
vivian.lopez@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111

**ATTORNEYS FOR PLAINTIFF DML CAPITAL MORTGAGE FUND, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a true and correct copy of the foregoing was served in the manner described below on the following via ECF:

Robert DeMarco, III
12770 Coit Road, Suite 850
Dallas, Texas 75251
Phone: 972-991-5591
Email: robert@demarcomitchell.com
*Attorneys for Debtor and Joint Debtor*

**Larry A. Levick**
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
Phone: 972-380-5533
Email: levick@singerlevick.com
*Attorneys for Trustee Michelle Chow*

*/s/ Vivian N. Lopez*
**Vivian N. Lopez**