B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**Eastern** District Of **Texas**

In re **Ryan and Sarah Cole**,  
Debtor

**Lionscove Fund I, LLC f/k/a DML Capital Mortgage Fund LLC**  
Plaintiff

v.

**Ryan Cole and Sarah Cole**  
Defendant

Case No. **24-404647**

Chapter **7**

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING]\

TO:   Sarah Cole  
      6624 Eastview  
      Sachse, Texas 75048

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   660 North Central Expressway, Suite 300B  
                        Plano, Texas 75074

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Mark D. Cronenwett  
Vivian N. Lopez  
Lewis Brisbois Bisgaard and Smith  
2100 Ross Avenue, Suite 2000  
Dallas, Texas 75201



/S/ Jason McDonald  
Date: 07/05/2024

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

(Clerk of the Bankruptcy Court)

Date: _____    By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, Charity N. Coleman (name), certify that service of this summons and a copy of the complaint was made July 11, 2024 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Sarah Cole at 6624 Eastview, Sachse, TX 75048 Also by mailing by certified mail return reciept requested to the same address

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 07-23-24    Signature Charity N. Coleman

Print Name: Charity N. Coleman PSC #2761

Business Address: 5470 LBJ Frwy Dallas, TX 75240

LBJ FREEWAY
...AS TX, 75240

9589 0710 5270 0675 1553 54

SARAH COLE
C/O
6624 EASTVIEW
SACHSE
TX 75048



quadient
FIRST-CLASS MAIL
IMI
$012.08
07/11/2024 ZIP 75240
043M31220598
US POSTAGE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SARAH COLE
C/O
6624 EASTVIEW
SACHSE            TX 75048

9590 9402 8440 3156 8758 96

2. Article Number *(Transfer from service label)*

9589 0710 5270 0675 1553 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

1930371

LBJ FREEWAY
AS TX, 75240

SARAH COLE
C/O
6624 EASTVIEW
SACHSE

TX 75048



quadient
FIRST-CLASS MAIL
IMI
$004.03
07/11/2024 ZIP 75240
043M31220598

US POSTAGE