IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: RYAN COLE and SARAH COLE, | § § § § | Case No. 24-40647<br>Chapter 7 |
| Debtors. | § | |
| | § | |
| LIONSCOVE FUND I, LLC f/k/a DML CAPITAL MORTGAGE FUND LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 24-04041 |
| RYAN COLE and SARAH COLE, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

CAME ON TO BE CONSIDERED the Joint Stipulation of Dismissal Without Prejudice ("the Joint Stipulation") filed by Plaintiff Lionscove Fund I, LLC f/k/a DML Capital Mortgage Fund LLC ("Plaintiff") and Defendants Ryan Cole and Sarah Cole ("Defendants", and with Plaintiff, "the Parties"). Having reviewed the Joint Stipulation, and noting therein that the Parties have settled their disputes in this action, the Court hereby grants the Joint Stipulation and orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims asserted in this action against Defendants are hereby dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order constitutes a final judgment in that it fully and finally disposes of all parties and claims in this action. Costs are taxed against the party incurring same. All relief not granted herein is denied.

Signed on 5/20/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE